IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

JEREMY STONE                                                                             PLAINTIFF

V.                                                  CAUSE NUMBER: 3:23-CV-10 MPM-JMV

AMERICAN SERVICES, LLC.                                        DEFENDANT

**ORDER DISMISSING ACTION
BY REASON OF SETTLEMENT**

The court has been advised by counsel that this action has been settled or is in the process of being settled. Therefore, it is not necessary that the action remain upon the calendar of the court.

It is ORDERED that the action is DISMISSED without prejudice. The court retains complete jurisdiction to vacate this order and to reopen the action upon cause shown that settlement has not been completed and further litigation is necessary.

This the 28th day of February 2024.

                                                       /s/ MICHAEL P. MILLS
                                                       UNITED STATES DISTRICT JUDGE
                                                       NORTHERN DISTRICT OF MISSISSIPPI